| | | |
|---|---|---|
| ANTHONY J. MARCANO | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR |
| BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS | * | BALTIMORE CITY |
| | * | Case No. 24-C-18-006868 |
| Defendant | | |
| | * | |

\*          \*          \*          \*          \*

## NOTICE OF FILING OF NOTICE OF REMOVAL
### TO THE
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

The Baltimore City Board of School Commissioners ("BCBSC"), by and through its undersigned attorneys, herein certifies that a Notice of Removal was filed in the United States District Court for the District of Maryland on this 22nd day of January 2019. A copy of the filing is attached, excluding exhibits, and was forwarded via first-class postage prepaid mail and email on the 22nd day of January 2019 to:

> Paul V. Bennett, Esquire
> Jeffrey J. Sadri, Esquire
> Bennett & Ellison, P.C.
> 2086 Generals Highway, Suite 201
> Annapolis, Maryland 21401
> pbennett@belawpc.com
> jsadri@belawpc.com

Respectfully submitted

*Tamal A. Banton*

Tamal A. Banton, Senior Counsel
Amanda L. Costley, Associate Counsel
Danielle A. Sanders, Associate Counsel
Office of Legal Counsel –
Baltimore City Public Schools
200 East North Avenue, Suite 208
Baltimore, Maryland 21202
(410) 396-8542 telephone
(410) 396-2955 facsimile
tabanton@bcps.k12.md.us
alcostley@bcps.k12.md.us
dwilliamson@bcps.k12.md.us
*Attorneys for BCBSC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January 2019, a copy of the foregoing Notice of Filing of Notice of Removal was sent first-class postage prepaid to, and emailed, to:

> Paul V. Bennett, Esquire
> Jeffrey J. Sadri, Esquire
> Bennett & Ellison, P.C.
> 2086 Generals Highway, Suite 201
> Annapolis, Maryland 21401
> pbennett@belawpc.com
> jsadri@belawpc.com
> *Attorneys for Plaintiff*

*Tamal A. Banton*
Tamal A. Banton