**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

July 30, 2019

MEMORANDUM TO COUNSEL

Re: *Anthony M. Marcano v. Baltimore City Board of School Commissioners*
Civil Action No. CCB -19-0229

Dear Counsel:

No formal scheduling order will be issued at this time. The case will be referred for mediation with a Magistrate Judge as soon as reasonably possible. Counsel may engage in discovery as agreed upon in preparation for the mediation.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge